# United States Court of Appeals
## For the First Circuit

No. 23-1587

UNITED STATES OF AMERICA,

Appellee,

v.

CRYSTALL KAREEM ROBLES-LÓPEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued under provisional seal on February 3, 2026, is amended as follows:

On cover, caption, replace "W. Connor Winn, Assistant U.S. Attorney," with "W. Connor Winn, Appellate Attorney, Criminal Division, U.S. Department of Justice,"

On page 22, footnote 10, lines 1-2, replace "The government makes an unsupportable attempt in its briefing" with "The U.S. Attorney's Office for the District of Puerto Rico ('USAO') litigated this case prior to the oral argument on appeal presented by an attorney from the Criminal Division of the U.S. Department of Justice. In its appellate briefing, the USAO made an unsupportable attempt"

On page 22, footnote 10, line 5, replace "suggests" with "suggested"

On page 22, footnote 10, line 10, replace "government" with "USAO"

On page 22, footnote 10, line 14, replace "government's depiction" with "USAO's depiction in its appellate briefing"

On page 22, footnote 10, line 20, replace "supra" with "supra"

On page 22, footnote 10, final line, replace "government" with "USAO"